UNITED STATES (PETERSON v.). See Case No. 11,036.

## Case No. 16,038.

### UNITED STATES v. PETTIS.

[4 Cranch, C. C. 186.] [1]

Circuit Court, District of Columbia. Oct. Term, 1831.

CRIMINAL LAW—ARRAIGNMENT.

In cases of felony. the prisoner is to be arraigned in the criminal bar, or dock.

Indictment [against F. H. Pettis] for perjury.

Baldwin and Giberson, for defendant, requested that the prisoner might plead without being arraigned. But THE COURT ordered him to be arraigned, and he pleaded without going into the criminal bar. or dock.

THE COURT, however (nem. con.), said, that in the case of U. S. v. Pittman [Case No. 16,053], in Alexandria, at April term, 1828. they had required that he should be arraigned at the bar. in the criminal dock, as in other cases of felony, and that in future they should adhere to the established rule and practice.